UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00368-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RENE LOPEZ-VALENCIA,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, October 10, 2008,** and responses to these motions shall be filed by **Monday, October 20, 2008.** It is

    FURTHER ORDERED that counsel will request a hearing on all pending motions, if any, and final trial preparation conference if necessary. It is

    FURTHER ORDERED that a 2-day jury trial is set for **Monday, November 17, 2008, at 9:00 a.m. in courtroom A-1002.**

    Dated: September 16, 2008

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge